ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Meltech/W.M. Schlosser JV B, LLC | ) | ASBCA No. 59353 |
| | ) | |
| Under Contract No. W91ZLK-07-D-0116 | ) | |

APPEARANCE FOR THE APPELLANT:     Michael J. Cohen, Esq.
                                   Hyattsville, MD

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                   CPT Lyn P. Juarez, JA
                                   Trial Attorney

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 15 September 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59353, Appeal of Meltech/W.M. Schlosser JV B, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals